# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEXANDER BURCH,<br><br>*Defendant*. | 1:21-cr-69 |

## NOTICE OF INTENT TO FILE DOCUMENTS UNDER SEAL

The United States, by counsel, provides notice of intent to file the following documents under seal pursuant to Local Criminal Rule 49(E):

- The United States' sentencing materials.

Respectfully submitted,

Raj Parekh
Acting United States Attorney

/s/ _____
Philip Alito
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone:   703-299-3700
Fax:         703-299-3890
Philip.Alito@usdoj.gov

1

## CERTIFICATE OF SERVICE

      I hereby certify that on September 29, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically generated a Notice of Electronic Filing to counsel of record in this case.

      /s/
Philip Alito
Assistant United States Attorney